DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY ALICE WALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY ALICE WALK,<br><br>        Defendant. | No. 1:10-cr-0411 AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER<br><br>Date: April 2, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense motions in limine in the above-captioned matter may be filed on or before **February 21, 2012,** government replies to be filed on or before **March 19, 2012,** defense replies to any opposition to be filed on or before March 26, 2012, and the hearing shall remain the same, April 2, 2012 at 9:00 a.m.

This reason for the continuance is that counsel had a family emergency and for investigation and plea negotiation. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1       The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

LAWRENCE BROWN
United States Attorney

DATED: February 13, 2012     By:   /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 13, 2012     By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Mary Alice Walk

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: February 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order     -2-