| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MARY ALICE WALK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-0411 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE; ORDER |
| v. | ) | |
| | ) | Date: April 2, 2012 |
| MARY ALICE WALK, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense motions in limine in the above-captioned matter may be filed on or before **February 24, 2012,** government replies to be filed on or before **March 23, 2012,** defense replies to any opposition to be filed on or before March 28, 2012, and the hearing shall remain the same, April 2, 2012 at 9:00 a.m.

This reason for the continuance is that counsel are still in plea negotiations and for investigation. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                             LAWRENCE BROWN
                                             United States Attorney

DATED: February 21, 2012          By:   /s/ *Mark McKeon*
                                        MARK MCKEON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: February 21, 2012          By:   /s/ *Ann H. Voris*
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Mary Alice Walk




## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: February 21, 2012

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE