BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>               )<br>          Plaintiff,  )<br>               )<br>     v.        )<br>               )<br>MARY ALICE WALK   )<br>               )<br>               )<br>          Defendant.   )<br>_____) | CASE NO. 1:10-cr-00411-AWI<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME<br><br>DATE: April 2, 2012<br>TIME: 10:00 a.m.<br>CTRM: Hon. Anthony W. Ishii |

This case is presently set for trial on April 24, 2012. Motions in limine have been filed by the defense, with a response date of March 23, 2012. A Trial Confirmation Hearing and hearing on the pending motions in limine is set for April 2, 2012.

The government has informed the defense that it will be seeking a Superseding Indictment against the defendant on March 29, 2012. Pursuant to Title 18, United States Code, Section 3161(c)(2), the defendant is entitled to at least 30 days between when she first appears on the new charges and the date trial

1

commences.

Accordingly, the parties hereby stipulate as follows:

1. The date for Jury Trial, presently set for April 24, 2012, shall be vacated.

2. The Trial Confirmation and Motions hearing presently set for April 2, 2012 shall be vacated, and instead the District Court shall hold a status conference in the case. At this status conference, the court shall set new dates for Jury Trial, a Trial Confirmation and Motions Hearing, and a new schedule for the filing of motions in limine and responses.

3. Time is currently excluded from the Speedy Trial Act until April 17, 2012. The parties will ask the court to address further exclusions of time to accommodate the new trial schedule at the status conference on April 2, 2012.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: March 23, 2012        By:    /s/ Mark J. McKeon
                                   MARK J. McKEON
                                   Assistant U.S. Attorney

DATE: March 23, 2012               /s/ Ann H. Voris
                                   ANN H. VORIS
                                   Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    March 23, 2012
                                   CHIEF UNITED STATES DISTRICT JUDGE