JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY ALICE WALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0411 AWI |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER |
| MARY ALICE WALK, | |
| Defendant. | Date: February 4, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Trial Confirmation hearing in the above-captioned matter now set for January 28, 2013, **may be continued to February 4, 2013 at 10:00 a.m.**

This reason for the continuance is that defense counsel will be out of town on that date. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: January 16, 2013   By:   /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 16, 2013   By:   /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
Mary Alice Walk

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:  January 17, 2013

_____
SENIOR DISTRICT JUDGE