JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY ALICE WALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-0411 AWI |
| *Plaintiff*, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | |
| MARY ALICE WALK, | Date: June 3, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter currently set for April 15, 2013, **may be continued to June 3, 2013 at 10:00 a.m.**

The reason for the continuance is for defense to conduct further expert interviews and objections. It is further requested that the time for objections be extended. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 25, 2013                By:  /s/ *Mark McKeon*
                                      MARK MCKEON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 25, 2013                By:  /s/ *Ann H. McGlenon*
                                      ANN H. MCGLENON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Mary Alice Walk

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 26, 2013
                                      _____
                                      SENIOR DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                     −2−